**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George H. Rudebusch, Rodney Scott Anderson, Gary Bateman, Graydon Lenn Berlin, John W. Bloom, William Burke, Timothy P. Bryson, Dowling G. Campbell, David Cornelison, Joe E. Cornett, Leland R. Dexter, Jack R. Dustman, Christopher C. Everett, Michael J. Falk, Jay Farness, Steven Funk, Rebecca Garrison, Hans Gunderson, Richard C. Hall, Lloyd W. Hanson, Steven R. Hemphill, William Hildred, Thomas D. Hoisch, Edward Hood, Denver C. Hospodarsky, Lester J. Hunt, Robert M. Johnston, Gregory Larkin, Eugene B. Loverich, Warren C. Lucas, Eugene R. Moan, Clay L. Moore, James C. O'Hara, James V. Pinto, Glenn M. Reed, Marilya Rees, John P. Sciacca, Karen E. Schairer, Philip M. Service, James D. Sexton, Wayne Sjoberg, Constance J. Smith, Stanley W. Swarts, George A. Van Otten, Michael R. Wagner, Harold A. Widdison, J. Allen Woodman, Robert W. Zoellner, and John and Jane Doe Plaintiffs 1-200,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, Northern Arizona University and Arizona Board of Regents,<br><br>Defendants. | No. CV-07-8086-PCT-LOA<br><br>**NOTICE OF ASSIGNMENT AND ORDER** |

Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district

1 judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S.
2 Magistrate Judge.

3 As a result of the aforesaid Local Rule and assignment, if all parties
4 consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28
5 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party
6 chooses the district judge option, the case will be randomly reassigned to a U.S. district
7 judge.  To either consent  to the assigned magistrate judge or to elect to have the case
8 heard before a district judge, the appropriate section of the form, entitled Consent To
9 Exercise Of Jurisdiction By United  States Magistrate Judge[1], must be completed, signed
10 and filed. The party filing the case or removing it to this Court is responsible for serving
11 all parties with the consent forms. Each party must file a completed consent form and
12 certificate of service with the Clerk of the Court not later than 20 days after entry of
13 appearance, and must serve a copy by mail or hand delivery upon all parties of record in
14 the case.

15 Any party is free to withhold consent to magistrate judge jurisdiction
16 without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson*
17 *v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that
18 consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A
19 party to a federal civil case has, subject to some exceptions, a constitutional right to
20 proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)
21 (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541
22 (9th Cir. 1984) (*en banc*)).

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on"Forms" on the left side of the page and then click on and print the appropriate form.

1  A review of the Court's file indicates that Plaintiffs' Complaint was filed
2  on August 29, 2007.  Plaintiffs shall have until September 20, 2007 within which to
3  make their selections to either consent to magistrate judge jurisdiction or elect to proceed
4  before a United States district judge.  It is unknown if a copy of the appropriate consent
5  form electronically transmitted to Plaintiffs' counsel on August 30, 2007 by the Clerk's
6  office was served with the Complaint per the written instructions from the Clerk.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall file on or before **September 20, 2007** their written elections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve upon the Defendants the appropriate consent form provided at the time of the filing of their Complaint at the time of service of their Complaint upon the Defendants.

**IT IS FURTHER ORDERED** that Defendants shall each either consent to magistrate judge jurisdiction or elect to proceed before a district judge within twenty (20) days of each Defendant's formal appearance herein.

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2006.  The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro se does not discharge this party's duties to "abide by the rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).

DATED this 6th day of September, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge